## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DVISION

**DATE** 7/14/2022

| **DISTRICT JUDGE**<br>**Amos L. Mazzant, III** | **COURT REPORTER:** Shawn McRoberts<br>**COURTROOM DEPUTY:**   Keary Conrad |
|---|---|

| UNITED STATES OF AMERICA<br><br>V.<br><br>BYRON JOSE BERGANZA ROQUE | CASE NUMBER 4:19-CR-320 |
|---|---|

| **ATTORNEY FOR GOVERNMENT** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| Colleen Bloss, AUSA | Jeffrey Cohn |
| | *Interpreter: Letty Medina* |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Sentencing |
|---|---|
| 9:03 a.m. | Court in session. Court notes appearances. Parties have reviewed PSR. Defendant acknowledges he fully understands the PSR. No additions, corrections, or comments by the Government. No additions, corrections, or comments by counsel for the Defendant. No objections by Government or Defendant. |
| 9:06 a.m. | The Court notes Defendant pled guilty to Count 1 of the Indictment pursuant to an 11(c)(1)(c) plea agreement. |
| 9:06 a.m. | TOL: 33, CHC I, Count 1: 135 -168 months imprisonment. Court notes the Government has filed a motion. Court hears argument from Defendant's counsel regarding the sentence and 11 (c)(1)(c) agreement. |
| 9:08 a.m. | Court hears response from the Government. |
| 9:09 a.m. | Defendant chooses not to allocute. |
| 9:09 a.m. | Court accepts the plea agreement. Sentence imposed for a total term of time served. Fine waived, special assessment of $100. Supervised release for a term of 5 years. All mandatory and special conditions were referenced as outlined in the PSR. Court confirms sentence complies with all the terms of the 11(c)(1)(c) agreement. |
| 9:10 a.m. | Rights of appeal addressed. |
| 9:10 a.m. | Government orally moves to dismiss any remaining counts.   The Court grants the Governments request. |
| 9:10 a.m. | Defendant remanded to custody of the USM. |

**DAVID O'TOOLE, CLERK**

BY: ___*Keary Conrad*___

Courtroom Deputy Clerk